# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No.: | CV 09-8284-PSG (OPx) | Date: | November 18, 2009 |
|---|---|---|---|
| Title: | City of Riverside et al v. Bank of America, N.A. et al | | |

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

Proceedings (In Chambers): **CASE TRANSFERRED TO JUDGE GUTIERREZ**

**PLEASE TAKE NOTICE** that this action has been reassigned to the Honorable Philip S. Gutierrez, United States District Judge.

Please substitute the initials **PSG** in place of the initials SJO (OPx). The case number will now read: **CV 09-8284-PSG (OPx)**. Henceforth, it is imperative that the initials PSG be used on all documents to prevent any delays in processing of documents.

The Courtroom Deputy Clerk for Judge Gutierrez is Wendy K. Hernandez, and may be reached at (213) 894-8899. The courtroom of Judge Gutierrez is located on the 7th floor of the Royal Federal Building, Courtroom 790. Additional information about Judge Gutierrez may be found on the Court's website at www.cacd.uscourts.gov under Judges' Procedures & Schedules.

Please be advised that all mandatory chambers copies should be delivered directly to chambers the following business day before 12:00 p.m. The copies shall include the E-Filed Header and/or the E-Filing Confirmation sheet. Failure to comply may result in the imposition of monetary sanctions. In addition, all proposed orders should be electronically mailed in WordPerfect or Microsoft Word to the Judge's generic e-mail address: psg_chambers@cacd.uscourts.gov

Lastly, please review the Judge's Closed Motion Dates on the court's website **before** noticing a motion for hearing. Failure to comply, may result in the motion being stricken from the record and/or in the imposition of monetary sanctions.

| Initials of Preparer | wkh |
|---|---|