SIMPSON THACHER & BARTLETT LLP
Harrison J. Frahn (SBN No. 206822)
hfrahn@stblaw.com
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Attorney for Defendant
JPMORGAN CHASE & CO. and
JPMORGAN SECURITIES, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CITY OF RIVERSIDE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.<br><br>Defendants. | CASE NO. 2:09-cv-08284-PSG-OPx<br><br>**CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1** |

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Defendants JPMorgan Chase & Co. and JPMorgan Securities, Inc. certifies that, other than the parties to this case identified in Plaintiff's Notice of Interested Parties (Dkt. No. 2), it is not aware of any party that may have a pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants JPMorgan Chase & Co. and JPMorgan Securities, Inc. further certifies as follows:

JPMorgan Chase & Co. is a publicly held corporation. No publicly held corporation owns 10 percent or more of JPMorgan Chase & Co.'s stock.

JPMorgan Securities, Inc. is a subsidiary of JPMorgan Chase & Co. No other publicly held corporation owns 10 percent or more of JPMorgan Securities, Inc.'s stock.

Dated: December 7, 2009

SIMPSON THACHER & BARTLETT LLP

By _____
Harrison J. Frahn (SBN No. 206822)
hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Attorney for Defendants
JPMORGAN CHASE & CO. AND
JPMORGAN SECURITIES, INC.