# PROOF OF SERVICE

I, Jacqueline Williams declare:

I am over the age of eighteen years, and not a party to the within action; my business address is 425 Lexington Avenue, New York, New York 10017. On December 7th, 2009, I electronically filed the following documents pursuant to the local rules on CM/ECF filing:

**CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1**

All counsel of record in this matter pursuant to the CM/ECF have received an NEF of the above referenced documents.

I declare under penalty of perjury under the laws of California and of the United States of America that the above is true and correct.

Executed on December 7th 2009, at New York, New York.

*s/ Jacqueline Williams*
Jacqueline Williams