SIMPSON THACHER & BARTLETT LLP
Harrison J. Frahn (SBN No. 206822)
*hfrahn@stblaw.com*
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Attorney for Defendant
JPMORGAN CHASE & CO. and
JPMORGAN SECURITIES, INC.

**E-FILED: 12-9-09**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CITY OF RIVERSIDE, et al. <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., et al. <br><br> Defendants. | CASE NO. 2:09-cv-08284-PSG-OP <br><br> **STIPULATION AND ORDER CONCERNING RESPONSES TO THE COMPLAINT** |

WHEREAS, on June 16, 2008, the Judicial Panel on Multidistrict Litigation (the "JPML") ordered centralization in the Southern District of New York of a number of similar actions, *In re Municipal Derivatives Antitrust Litigation*, MDL Docket No. 1950 ("MDL 1950");

WHEREAS, on November 24, 2009, the JPML issued a Conditional Transfer Order (CTO-9) which conditionally transfers the above-captioned action to MDL 1950;

WHEREAS, for efficiency's sake, the parties desire a uniform date for pleading(s) or motion(s) in response to certain complaints, both in this action and MDL 1950;

WHEREAS, the parties seek this Stipulation to place the date for responsive pleading(s) or motion(s) of all Defendants served in this action on a common schedule with MDL 1950;

WHEREAS, the deadline for Defendants to file pleading(s) or motion(s) in response to certain complaints (the "California Complaints") in MDL 1950 has been fixed, pending court order, at January 25, 2010 by stipulation of the parties dated December 4, 2009;

WHEREAS, pursuant to Local Rules 7-1 and 8-3, the Court's approval of this Stipulation is required;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and the Defendants as follows:

1. Defendants served in this action will answer, move or otherwise plead to the Complaint in this action on or before January 25, 2010 or such later date as may become applicable by stipulation or order in MDL 1950 to the California Complaints in MDL 1950;

2. No defense of the Defendants to this action is prejudiced or waived by submission of this Stipulation, and each such defense is expressly preserved, including but not limited to jurisdictional defenses;

3. Defense counsel may file notices of appearance in this action without prejudice to their respective clients' jurisdictional and venue defenses.

So Stipulated and Agreed.

Date: December 7, 2009

By: _____/s/ Nanci E. Nishimura_____

Joseph W. Cotchett (SBN No.36324)
*jcotchett@cpmlegal.com*
Nanci E. Nishimura (SBN No. 152621)
*nnishimura@cpmlegal.com*
Stuart G. Gross (SBN No. 251019)
*sgross@cpmlegal.com*
COTCHETT, PITRE & McCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiffs City of Riverside, The Redevelopment Agency of the City of Riverside, The Public Financing Authority of the City of Riverside*

By: _____/s/ Harrison J. Frahn_____
SIMPSON THACHER & BARTLETT LLP
Harrison J. Frahn (SBN No. 206822)
*hfrahn@stblaw.com*
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Attorney for JP Morgan Chase & Co. and JP Morgan Securities, Inc. and on behalf of all Defendants except Bank of America, N.A. and Merrill Lynch & Co., Inc.*

By: _____/s/ Evan A. Davis_____
CLEARY GOTTLIEB STEEN & HAMILTON LLP
Evan A. Davis
*edavis@cgsh.com*
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorney for The Goldman Sachs Group, Inc., Goldman Sachs Mitsui Marine Derivative Products, L.P. and Goldman Sachs Bank USA*

IT IS SO ORDERED.
December _9_, 2009

## **PHILIP S. GUTIERREZ**
The Hon. Philip S. Gutierrez, U.S.D.J.